REDACTED COPY

FILED
2018 MAY 16  PM 12: 56
CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | Cause No.: |
| § | |
| v. § | **INDICTMENT** |
| § | |
| § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| SEBASTIAN SAUCEDO-ANDRADE § | Illegal Re-entry into the United States] |

DR18CR0972

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about April 21, 2018, in the Western District of Texas, Defendant,

SEBASTIAN SAUCEDO-ANDRADE,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about August 14, 2014, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL.

_____
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
JODY GILZENE
Assistant United States Attorney

SEALED:
UNSEALED: XX

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**DR18CR0972**

COUNTY: <u>MAVERICK</u>   USAO#: <u>2018R08329</u>

DATE: <u>MAY 16, 2018</u>   MAG. CT. #: <u>DR18-03705M</u>

AUSA: <u>JODY GILZENE</u>

DEFENDANT: <u>SEBASTIAN SAUCEDO-ANDRADE</u>

CITIZENSHIP: <u>MEXICO</u>

INTERPRETER NEEDED: <u>YES</u>   LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: <u>DIANA S. AGUILAR</u>

ADDRESS OF ATTORNEY: <u>P.O. BOX 792184, SAN ANTONIO, TEXAS 78279</u>

DEFENDANT IS: <u>DETAINED</u>   DATE OF ARREST: <u>APRIL 21, 2018</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>8 U.S.C. § 1326(a)(1) & (b)(1)/(2) - ILLEGAL REENTRY AFTER DEPORTATION.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>

W/DT-CR-3